# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: ANTONIO GUZMAN, JR.  
225 ROBERT AVENUE  
ROCKFORD, IL  61107

SSN-xxx-xx-5867

Case Number: 05-70927

Case filed on: 3/4/2005  
Plan Confirmed on: 6/24/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $56,431.66        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | WELLS FARGO BANK N.A. | 0.00 | 0.00 | 23,220.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 23,220.00 | 0.00 |
| 000 | ATTORNEY DONALD P SULLIVAN | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 201 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | ANTONIO GUZMAN, JR. | 0.00 | 0.00 | 5,751.66 | 0.00 |
| 999 | ANTONIO GUZMAN, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 5,751.66 | 0.00 |
| 002 | WELLS FARGO BANK N.A. | 12,647.05 | 12,368.19 | 12,368.19 | 0.00 |
| 003 | WFS FINANCIAL | 6,490.00 | 6,490.00 | 6,490.00 | 1,674.57 |
|  | Total Secured | 19,137.05 | 18,858.19 | 18,858.19 | 1,674.57 |
| 003 | WFS FINANCIAL | 126.76 | 126.76 | 126.76 | 11.90 |
| 004 | KATHLEEN KWIAT HESS LCSW | 913.50 | 913.50 | 913.50 | 86.10 |
| 005 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | PROVIDIAN BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NICOR GAS | 433.61 | 433.61 | 433.61 | 41.06 |
| 010 | DAVID MYERS, DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | KIMBERLY GUZMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 1,473.87 | 1,473.87 | 1,473.87 | 139.06 |
|  | Grand Total: | 22,810.92 | 22,532.06 | 51,503.72 | 1,813.63 |

Total Paid Claimant: $53,317.35  
Trustee Allowance: $3,114.31  
Percent Paid Unsecured: 100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007        By  /s/Heather M. Fagan